UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN MAHAR, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>HOLOGIC, INC., )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 16-11141-DPW |

### DEFENDANT'S ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE

Defendant Hologic, Inc. ("Defendant") hereby moves for an order extending the discovery deadline in this case for sixty (60) days, to December 18, 2017, so as to allow the parties to complete depositions and any remaining pre-trial discovery. Defendant further requests an extension of related deadlines. In support of its motion, Defendant states as follows:

1. On February 24, 2017, the Court entered a Scheduling Order providing for the completion of all fact discovery by October 16, 2017.

2. The parties have engaged in good faith discovery efforts.

3. On April 26, 2017, Defendant served written Interrogatories and Requests for Production of Documents to Plaintiff.

4. Plaintiff served his initial responses to Defendant's written discovery requests on or about June 9, 2017.

5. Defendant then requested on multiple occasions that Plaintiff produce supplemental discovery responses and documents, which Plaintiff produced on or about September 7, 2017.

6. Due to the need for Plaintiff's supplemental responses, Defendant adjourned the deposition of Plaintiff on two separate occasions.

7. Now that it appears Plaintiff has supplemented his responses, Defendant intends to re-notice Plaintiff's deposition. Therefore, in order to permit the parties to complete this deposition, Defendant requests a sixty (60) day extension of the discovery deadline, such that fact discovery be completed by December 18, 2017, with a Joint Status Report due to the Court by January 8, 2018.

8. Defendant further requests a sixty (60) day extension of the deadline to file dispositive motions, such that dispositive motions are due by January 22, 2018.

9. This is the first request for extension of the Scheduling Order deadlines and neither party will be prejudiced by this Motion.

10. Defendant's counsel conferred with Plaintiff's counsel via email on September 29, 2017 and Plaintiff's counsel assents to this request.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the deadline for completion of fact discovery to December 18, 2017 and the deadline for filing dispositive motions to January 22, 2018.

Respectfully submitted,

HOLOGIC, INC.

By its attorneys,

/s/ Amy Ventry-Kagan

Amy Ventry-Kagan (*pro hac vice*)
Richard J. Marks (BBO No. 693738)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
aventry@littler.com
rmarks@littler.com

October 6, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2017, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Amy Ventry-Kagan<br>Amy Ventry-Kagan

Firmwide:150353354.1 058409.1032